FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00531-CV

**IN THE INT OF RVM, NM, MBRC, RABC AND SRRC**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01410
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The clerk's record has been filed. However, one of the three reporter's records, which were originally due on August 4, 2014, has not yet been filed. Mr. David R. Zarate is one of the court reporters responsible for preparing, certifying, and filing the reporter's records in this appeal.

    Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

    Accordingly, Mr. Zarate is hereby ORDERED to file his portion of the reporter's record in this appeal <u>no later than September 1, 2014</u>.

    Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court